

FILED

10/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0503

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0503

_____

SHYLAH CASSIE HANWAY,

Petitioner,

v.

KYLE FOUTS, Administrator, Montana State
Hospital, and ADAM MEIER, Director,
Department of Health and Human Services,

Respondents.

_____

FILED

OCT 15 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On October 7, 2021, Petitioner Shylah Hanway filed a Petition for Writ of Mandamus. Petitioner seeks this writ to direct the Department of Public Health and Human Services to comply with the mandates of the August 31, 2021 Order Finding Defendant Unfit to Proceed with Suspension of Proceedings and Placement of Defendant for Further Evaluation of the Eighth Judicial District Court, Cascade County, or alternatively to require the Department to immediately admit Petitioner to some other medically suitable facility for the purpose of restoring Petitioner's fitness to proceed in that court's Cause No. DDC-21-492. Petitioner further asserts that her admission is warranted for the purpose of restoring her fitness to proceed in Cause No. CDC-21-052, also before the Eighth Judicial District Court, in which she alleges she was admitted to Montana State Hospital (MSH), released to be reincarcerated at the Cascade County Detention Center, and that the Cascade County Attorney Office has since filed a motion for contempt against MSH for its failure to readmit her in reference to that matter.

Having reviewed the Petition, this Court deems it appropriate to obtain responses in accordance with M. R. App. P. 14(7). Recently, this Court ordered an expedited response to a factually similar petition for writ of mandamus in *Khmelev v. Fouts*, No. OP 21-0450, Order (Mont. Sept. 15, 2021). In that case, desiring an explanation as to "why statutorily

required and court-ordered interventions under §§ 53-21-1201 and 46-12-202, MCA, failed," and fearing continuation of a repeated cycle of dismissal and rearrest while allowing Petitioner to decompensate and languish without proper care, we requested expedited responses from Respondents and further requested such responses from the prosecuting offices and the detention center at issue to inform the Court "about what they have done to coordinate and accomplish transport of the defendant to MSH to accomplish the commitment that has been ordered." The same procedure is warranted in the present case.

Therefore,

IT IS ORDERED that Montana State Hospital Administrator Kyle Fouts and Director of the Department of Public Health and Human Services Adam Meier are granted until October 22, 2021, to prepare, file, and serve a response(s) to the petition for writ of mandamus on behalf of the Department.

IT IS FURTHER ORDERED that the Cascade County Attorney and the Cascade County Detention Center are granted until October 22, 2021, to prepare, file, and serve a response(s).

The Clerk is direct to provide a copy of the Order to counsel for Petitioner, all counsel of record in the Eighth Judicial District Court, Cascade County, Cause Nos. DDC-21-492 and CDC-21-052, the Montana Attorney General's Office, Kyle Fouts, and Adam Meier, as well as the Honorable John W. Parker and the Honorable John A. Kutzman.

DATED this 15th day of October, 2021.

For the Court

_____
Justice